AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sara Gogolack | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-706 |
| v. | |
| Jo Anne B. Barnhart, | |
| Commissioner of Social Security Administration | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion for judgment on the pleadings is granted and plaintiff's motion for judgment on the pleadings is denied.

Date: 9/21/05                                         RODNEY C. EARLY, CLERK

                                        By:     s/Deborah M. Zeeb
                                                Deputy Clerk